UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT T. SLAVIN and EULOGIA M. SLAVIN,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. et al.,<br><br>　　　　　　　Defendants. | Case No. 3:12-cv-2306-GPC-JMA<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**<br><br>**(ECF NO. 3)** |

On August 21, 2012, Plaintiffs, through counsel, filed a complaint against Defendants, asserting various foreclosure related claims. (ECF No. 1.) On September 21, 2012, Defendants removed the action to this Court. (Id.)

On September 28, 2012, Defendants filed a motion to dismiss Plaintiffs' Complaint, and, on October 24, 2012, the case was transferred to this Court. (ECF Nos. 3, 4.) This Court set Defendants' Motion to Dismiss for a hearing on April 5, 2013, and issued a briefing schedule requiring any response to Defendants' Motion to Dismiss to be filed on or before November 30, 2012. (ECF No. 5.) To date, the Court has received no response to Defendants' Motion to Dismiss from Plaintiffs. Accordingly, the Court **GRANTS** Defendants' Motion to Dismiss as unopposed. See CivLR 7.1.f.3.c; see also Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal."). **IT IS HEREBY**

**ORDERED** that Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**, and the hearing on Defendants' Motion to Dismiss, currently set for April 5, 2013, is **VACATED**.

DATED: March 26, 2013

HON. GONZALO P. CURIEL
United States District Judge